**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| EDUARDO ESTEBAN MUNOZ MUNOZ | CIVIL ACTION NO. 26-1366 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN PINE PRAIRIE ICE PROCESSING CENTER, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Eduardo Estaban Munoz Munoz's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 10th day of August, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE